UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
STATEMENT OF FINANCIAL CONDITION OF

I. **Statement of Assets and Liabilities as of _____:**

A. **Assets:**

List all assets owned by you, your spouse, or any other member of your household, directly or indirectly, and all assets which are subject to your or your spouse's possession, enjoyment, or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.

| # | Category | Value |
|---|---|---|
| 1. | Cash | N/A |
| 2. | Cash Surrender Value of Insurance | N/A |
| 3. | Accounts Receivable | N/A |
| 4. | Loans or Notes Receivable | N/A |
| 5. | Real Estate | N/A |
| 6. | Furniture and Household Goods | $1500 |
| 7. | Automobiles | N/A |
| 8. | Securities | N/A |
| 9. | Partnership Interests | N/A |
| 10. | Net Value of Ownership Interest in Business | N/A |
| 11. | Individual Retirement Accounts (IRAs) | N/A |
| 12. | Keogh Accounts or Plans | N/A |
| 13. | 401(k) Accounts or Plans | $11,325.77 |
| 14. | Other Pension Assets | N/A |
| 15. | Annuities | N/A |
| 16. | Prepaid Expenses or Liabilities | N/A |
| 17. | Credit Balances on Credit Cards | $81.75 |
| 18. | Other (Itemize) | N/A |
| 19. | _____ | N/A |
| 20. | _____ | N/A |
| | **Total Assets** | **$12,907.52** |

1

B. **Liabilities:**

List all liabilities, including but not limited to the items listed below.

| | | |
|---|---|---|
| 1. | Mortgages | N/A |
| 2. | Auto Loans | $4185.45 |
| 3. | Credit Card Debt | $5018.25 |
| 4. | Loans on Insurance Policies | N/A |
| 5. | Installment Loans | N/A |
| 6. | Other Loans or Notes Payable | $26,125 See Below |
| 7. | Accrued Real Estate Taxes | N/A |
| 8. | Judgments/Settlements Owed | $3983.27 |
| 9. | Other (Itemize): | $49,930.88 See Below |
| 10. | _____ | _____ |
| 11. | _____ | _____ |

**Total Liabilities** — $89,242.85

C. **Net Worth (Assets Minus Liabilities)** — $ -76,335.33

B.6. Other Loans: Back Child Support owed from 2012-2015. Paying $175.00 Thirteen times a year until paid off in 2030.

B.9 Other Itemized
 a. Donna Berkey owe $36,342.12. See spreadsheet for details
 b. Judith Turner $5000 Lawyer Retainer
 c. Jessica Hazelwood $2,634.76. Lawyer Retainer and Car Repairs.
 d. Kim Malin $2000 past due rent and Car loan.
 e. MTA $500 Tolls by mail
 f. Home Away from Home Daycare $3454

2

F.  List all securities or commodities brokerage accounts and accounts at banks or other financial institutions in your name; under your control; in which you have or had a beneficial interest; or to which you are or were a signatory since January 1, 2012. For each account, specify the location of the account, account number and balance in cash or securities.

A. TFCU Medford NY  6001894583  $6.33
B. Southwest Securities Woodstock GA  154751869  $91.00

G.  List any 401(k) plans, pension plans, Keogh plans, individual retirement accounts, profit sharing plans, thrift plans, life insurance policies or annuities, in which you have an interest, vested or otherwise. For each account or plan, specify the account name, the location of the account, account number and balance, and the terms of withdrawal or loan options.

Fidelity 401K  $11,325.77

H.  List all credit cards or lines of credit in your name or to which you are a signatory, including the name of the credit issuer, account number, credit limit, and amount of indebtedness.

a. Chase Freedom ...6011  owe $3789.27  LOC $3800.00
b. Platinum Mastercard ..0106  owe $939.48  LOC $1000.00
c. Capital One Quicksilver ..6396  owe $289.50  LOC $300.00

4

II. Cash Flow Information

A. Income/Receipts

List all money or other income received from any source on a monthly basis by you, your spouse, or any other member of your household, identifying the source, recipient, and amount. For any income received on a basis other than monthly, convert to a monthly basis for the purposes of this statement.

| Description | Source | Amount |
|---|---|---|
| 1. Salary/Wages | Darby Dental | $2300 |
| 2. Commissions/Advances | Darby Dental | $4000 |
| 3. Consulting Fees | | N/A |
| 4. Dividends | | N/A |
| 5. Interest | | N/A |
| 6. Annuities | | N/A |
| 7. Pensions | | N/A |
| 8. Rents/Royalties | | N/A |
| 9. Sales of Assets (Net) | | N/A |
| 10. Repayment of Loans | | N/A |
| 11. Payments on obligations made on your behalf by others | | N/A |
| 12. Fringe Benefits (e.g., car) | | N/A |
| 13. Alimony/Child Support | | N/A |
| 14. Gifts/Bonuses | | N/A |
| 15. Other (Itemize) | | N/A |
| 16. | | |

**Total Receipts** $ 6300 pretax
Average $4,000 Aftertax

B. **Expenses/Disbursements**

List all monthly expenditures for whatever purpose for you or your household for the past 12 months, identifying the purpose and the amount, including projected expenses. For any expenditure which varies from month to month, indicate a range of amounts and the average amount on a monthly basis.

| Description | Amount |
|---|---|
| 1. Mortgage/Rent | $1500 |
| 2. Food | $1000 |
| 3. Utilities | $275 |
| 4. Payment on Loans | $189.58 |
| 5. Real Estate Taxes | N/A |
| 6. Insurance Premiums | $172 |
| 7. Medical Expenses | $100 |
| 8. Automobile Expenses | $400 |
| 9. Alimony/Child Support | $1200 |
| 10. Income Taxes | N/A |
| 11. Other Expenses (Itemize) | $445 *see below |
| 12. | |
| 13. | |
| 14. | |
| 15. | |

**Total Expenses/Disbursements**   $5281.58

*If you anticipate unusual expenses in the coming 12 months, please describe them.

\* Ice Hockey $120 monthly
Dek Hockey $125 monthly
Out of State travel $200 monthly

6

C. Identify any financial institution accounts (other than those identified in Item I.F. above) in which you have deposited more than $1000 since January 1, 2012, or indicate that no such deposits have been made.

N/A

D. List all dependents, their ages, and whether or not they reside with you.

Zavier Berkey Age 13 Joint Custody
Zander Berkey Age 9 Joint Custody

E. Attach federal income tax returns filed by you or on your behalf (including personal, trust, or business returns) during the years 2012 through 2016.

F. Attach any federal gift tax returns filed by you or your spouse during the years 2012 through 2016.

G. Attach any financial statement which the declarant has prepared during the years 2012 through 2016 for any purpose (e.g., such as a financial statement provided to a bank to secure a loan).

H. Attach copies of documents evidencing all outstanding loans for which you or your spouse is either a lender or borrower.

I. Attach copies of all securities, commodities, bank, or other financial institution account statements for the past 12 months in your or your spouse's name, under your or your spouse's control, or in which you or your spouse has a beneficial interest.