UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                          Plaintiff,

-against-

ZACHARY S. BERKEY,
                          Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/19

17 CIVIL 9552 (GWG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 18, 2019, plaintiff's motion is granted and judgment is entered in favor of plaintiff and against defendant Zachary S. Berkey in the amount of $177,000 plus prejudgment interest on $106,000 from December 31, 2014, until the date judgment is entered, calculated at the rate set forth in 26 U.S.C. § 6621(a)(2), in the amount of $20,014.23; for a total judgment of $197,014.23. If any part of the judgment remains unpaid following entry of judgment, plaintiff will be entitled to post-judgment interest as set forth in 28 U.S.C. § 1961.

**Dated:** New York, New York
          April 19, 2019

                                              RUBY J. KRAJICK
                                              Clerk of Court
                            BY:
                                                Deputy Clerk